NTF
Rev. 11/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Cesar M. Doble**
 1466 Heatherwood Avenue
Chula Vista, CA 91913–2974
xxx–xx–1650
*No Known Aliases*

Case number:  10–11296–MM13
Chapter:  13
Judge  Margaret M. Mann

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **20** filed on: **8/6/10**    Title of Document: **Balance of Schedules**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Balance of Schedules – Proof of Service not attached or served to Trustee/U.S. Trustee**

**ACTION TAKEN BY COURT**

☑  Aty/Debtor(Pro Se)/Movant contacted on **8/10/10**    via  ☑ Tel/Voice Mail    ☐ Email    ☐ Mail or Other

**ACTION REQUIRED BY FILER**

**Amended document MUST BE FILED and RE–SERVED if applicable**

**OTHER:** **Please Amend CSD 1099 to reflect Service on Trustee. Refile AMENDED CSD 1099. Thank you!**

Dated: 8/10/10

Barry K. Lander
Clerk of the Bankruptcy Court